```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NANNETTE BRENNER,                                                :
                                                                 :
                            Plaintiff,                           :
                                                                 :          25-CV-02735 (JAV)
         -v-                                                     :
                                                                 :                ORDER
                                                                 :
CITIBANK N.A.,                                                   :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On May 21, 2025, the parties filed a motion to stay this case pending arbitration of their disputes. That motion is granted. As there is no reason to keep the case open pending the arbitration, the Clerk is directed to administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

SO ORDERED.

Dated: May 23, 2025                          _____
      New York, New York                       JEANNETTE A. VARGAS
                                                        United States District Judge